

# NUMBER 13-20-00504-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GLENN J. DEADMAN,                                                        Appellant,

v.

MICHAEL TRACY AND
ANNICE TRACY,                                                          Appellees.

## On appeal from the 36th District Court
of Aransas County, Texas.

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

Upon further review of the clerk's record and conducting additional research, after this appeal was submitted to the Court for its consideration on the briefs, the Court has concluded that it improvidently granted appellant's motion for extension of time to file the notice of appeal. Therefore, the Court hereby withdraws and strikes its ruling and notice

granting the extension, sent on January 19, 2021, from the record.

The Court and the Clerk of the Court view with disfavor and deep regret the delay and expense that this error has caused the parties. It is always our goal to efficiently and timely handle the appeals before the Court. However, we are required to address potential jurisdictional defects when discovered. *See State ex rel. Best v. Harper*, 562 S.W.3d 1, 7 (Tex. 2018) ("[W]e must consider issues affecting our jurisdiction sua sponte."). In the absence of a timely filed notice of appeal, we are without jurisdiction to address the merits of the appeal and can take no action other than to dismiss the appeal for want of jurisdiction. *See Mitschke v. Borromeo*, No. 21-0326, __ S.W.3d __, __, 2022 WL 1510317, at *7 (Tex. May 13, 2022) ("[T]he absence of a timely notice of appeal prevents the appellate court from ever exercising jurisdiction in the first place. . . . Without jurisdiction, the court of appeals is powerless to entertain an appeal, no matter how grave the error.").

Therefore, after due review of the record and consideration of the applicable law, it appears that the appeal has not been timely perfected. *See* TEX. R. APP. P. 4.2, 26.1, 26.3; *see also* TEX. R. CIV. P. 306a(4),(5). Pursuant to Texas Rules of Appellate Procedure 26.1, 26.3, and 37.1, appellant is hereby given notice of this defect so that steps may be taken to correct the defect, if it can be done. *See* TEX. R. APP. P. 26.1, 26.3, 37.1

Appellant is ordered to file a letter brief in support of its motion for extension of time to file the notice of appeal which was filed on November 20, 2020, or to otherwise cure the defect, if it can be done, within fifteen days from the issuance of this Order. If appellant files a letter brief, appellees shall have ten days to file a letter brief in response. If appellant

fails to file a letter brief, or otherwise cure the defect, this appeal shall be dismissed. *See id.* 42.3(a), (c).

PER CURIAM

Delivered and filed on the
8th day of July, 2022.